EDMOND E. FRISCH, Respondent, *v.* J. CLARKE DULANY et al., Appellants, Impleaded with Others.

(Submitted January 15, 1934; decided January 23, 1934.)

*William O. Robertson* for motion.
*Peter W. Quinn* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that no leave to appeal is necessary.